**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>            Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS<br><br>            Plaintiff,<br><br>v.<br><br>Marcus Alexander Lara<br><br>            Defendant. | Adv. Proc. No. 24-03888 |

## CERTIFICATE OF SERVICE

I, Tyler Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On 8/1/2024, I sent a copy of the following documents via certified mail with return receipt requested:

1) Complaint; and
2) Summons.

Copies of the documents were sent via certified mail with return receipt requested to the following defendant:

> **Defendant**
> Marcus Alexander Lara
> Address on file, but not publicly disclosed pursuant to the *Memorandum Opinion and Order on the Debtors' Sealing Motion* (Bankr. Case No., Docket No. 910).

Dated: 8/2/2024

                         */s/ Tyler Kitto*
                         Tyler Kitto
                         Reliable Companies
                         1007 North Orange Street, Suite 110
                         Wilmington, DE 19801